

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00292-SAB |
| Plaintiff, | ORDER TO REFUND DEFENDANT OVERPAYMENT OF SPECIAL ASSESSMENT |
| v. | |
| ANTHONY K. WILDER, | |
| Defendant. | |

On June 4, 2018, a citation was issued to Anthony K. Wilder for possession of a controlled substance in Sequoia National Park in violation of 36 C.F.R. § 2.35(b)(2). (ECF No. 1.) The citation erroneously set the total collateral due as $530.00. On September 13, 2018, a payment was made in the amount of $15.00. (ECF No. 3.) On September 29, 2018, Mr. Wilder paid the collateral amount of $515.00. (ECF No. 4.) However, the actual amount due should have been $280.00. Therefore, Mr. Wilder has overpaid the collateral due by $250.00.

Accordingly, IT IS HEREBY ORDERED that Anthony K. Wilder be refunded two hundred and fifty dollars ($250.00) for the overpayment to the Court on September 29, 2018.

IT IS SO ORDERED.

Dated October 1, 2018

STANLEY A. BOONE
United States Magistrate Judge

1